# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
Rev. 10/10      **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

FILED
JAMES J. VILT, JR. - CLERK

OCT 2 0 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jonathan Robert Mcclain

_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:23CV 542 JHM
(To be supplied by the clerk)

Stacy      Emplayed

Kim  ower of Kentucky nurse service

Teresa   Emplayed        (✓) DEMAND FOR JURY TRIAL

Steve P losch              (__) NO JURY TRIAL DEMAND
                                (Check only one)

_____

(Full name of the Defendant(s) in this action)

## I.    PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jonathan Robert Mcclain

Place of Confinement: RCC - Roederer Correctional

Address: P.O Box 69 LaGrange Ky 14031

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: Jonathon Robert Mcclain

Place of Confinement: RCC - Roederer correctional

Address: _____

Status of Plaintiff: CONVICTED ( ___ )   PRETRIAL DETAINEE ( ___ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( ___ )   PRETRIAL DETAINEE ( ___ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Steve P losch_____ is employed

as _Care taker_____ at _Kentucky nurse service_

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ___ ) official capacity.

(2) Defendant ____Stacy_____ is employed

as _employed_____ at _kentucky nurse service_

The Defendant is being sued in his/her ( ___ ) individual and/or ( ✓ ) official capacity.

(3) Defendant ____kim_____ is employed

as _ower_____ at _kentucky nurse service_

The Defendant is being sued in his/her ( ___ ) individual and/or ( ✓ ) official capacity.

(4) Defendant _Teresa_____ is employed

as _employed_____ at _kentucky nurse service_

The Defendant is being sued in his/her ( ___ ) individual and/or ( ✓ ) official capacity.

(5)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (✓)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):      _____

_____

Defendant(s):    _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

2016 - 2018   Steve P Losch was employed By Kentucky nurse service care services professional his duties services ( homeplace) as a direct services professional his duties Included managing adult Individuals with mental and Intellectual disabilities. He was hired on as needed Basis care exclusively for patient Jonathan Mcclain that lived IN a Residential home with steve p losch that is the care taker. It caused me to Relape to corretts jail He caused me mental stredd. steve also left us at home alone often hours of midnight on several occasionally. He was an alcoholic o while clients that live at his house that Responsibility for us. when we go to An event steve would get Drunk and put the clients IN Danger while Driving Drunk. He Deprived of My social life. He thought of himself. Before us. when I lived with steve his Rule was I could not leave his property. How I am i suspose to have a life Being forced to stay with in his property Boundies I couldn't even visit my friends. The First time got lockup was Back in 2016. Then guy narted Steve p losch Bonded me out of Jail. His Job was to make sure the clients get their daily needs for awhile It was Just steve

4

### III. STATEMENT OF CLAIM(S) continued

I liveing at his house. we could get By with going to the grocery store one time a month. Steve got payed to take of me like going to therapy. Never cook for us and make sure there was food IN the house. when he got 2 more clients from Kentucky nurse service they moved IN with us. Steve still wanted to go to the grocery store one time a month. He didn't want to spend more then $100.00 at the grocery store one time a month. He got payed per client $630.00 a week so there was ③ clients who Lived with Steve. He got payed $1,890.00 everyweek from Kentucky nurse service. A Requirement By Kentucky nurse serivice to pay Rent, Board from clients from their social security Income check which cost $500.00 per clients The Rent Included food, water, Electricity ect. Steve had ③ clients Liveing at his house Steve Reciend approxmately $1,3500.00 per month

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

____✓____ award money damages in the amount of $ _930,000_____

____✓____ grant injunctive relief by _pain and suffering/emotional distress_

____✓____ award punitive damages in the amount of $ _100,000_____

_____ other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20__.

_Jonathan McClain_____
(Signature of Plaintiff)


_____
(Signature of additional Plaintiff)


_____
(Signature of additional Plaintiff)


I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Steve also owned a gas station In Pendleton Ky, he had a consession trailer ot LgEE In Bedford Ky. Since I've Been belled I am haveing Dreams about steve doing all the things again like I was living there I am going to Be more stressed out now then I was Before Because of My sex case and I have to Be on the Registry as a sex offender and I feel in My mind I won't Be safe from people targeting me on daily Basis I go thou my feeling and thoughts. I am going to have a hard time get myself a normal again. In My mind that I am scard getting out Because I am going to feel like some one is watching me every move I make and every second of the Day

What did steve didn't as caretaker He didn't talke me to my therapy that was at Seveneca down town Louisville Ky He Roughly took me 2 to 3 time and stopped talke me. There was hardly Any food In the house. we never had cooked meal In he house Ive My case worker say several time to steve who was my caregiver about going to get groceries for the house My case work conducted a home visit one time a month for me (Case management) case-worker

Also committed cruel and unusual Punishment Against a Person that he was surpose to be taking care of and that person was me who has a disabilities.

