UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**JONATHAN ROBERT MCCLAIN**                                              **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 3:23-CV-00542-JHM**

**STACY,** *et al.*                                              **DEFENDANTS**

## MEMORANDUM AND ORDER

Plaintiff Jonathan Robert McClain, a convicted prisoner, filed the instant *pro se* civil-rights action pursuant to 42 U.S.C. § 1983. [DN 1]. In the complaint, he alleges claims arising out of his placement in a residential home located in Pendleton, Kentucky, and names the caretaker of the home and employees of the residential home placement service.

Under 28 U.S.C. § 1391(b), a civil action may be brought in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
(2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
(3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Review of the complaint reveals that the events set forth in the complaint occurred in Henry County, Kentucky, which is located in the Eastern District of Kentucky. *See* 28 U.S.C. § 97(a). Additionally, Defendants presumably reside in the Eastern District of Kentucky. Therefore, proper venue for this complaint lies in that district.

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

In the interest of justice,

**IT IS ORDERED** that the instant action shall be TRANSFERRED to the United States District Court for the Eastern District of Kentucky, Central Division, at Frankfort, **Kentucky**, pursuant to 28 U.S.C. § 1406(a) for all further proceedings.

**All further filings shall be filed with that court**. Should further filings be filed in this case, the Clerk of Court **shall transfer** the filings to the Eastern District of Kentucky.

Date: February 7, 2024

*[signature]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:    Plaintiff, *pro se*
4414.014